UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-22077-GAYLES/TORRES

TUGANA BOYNUINCE and MADISON BITTING,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

JAAFAR LLC d/b/a LA V Nightclub, a Florida Corporation,
and FADI JAAFAR, individually,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiffs', Tugana Boynuince and Madison Bitting, Motion for Final Judgment (the "Motion") [ECF No. 12]. The Court has reviewed the Motion and the record and is otherwise fully advised.

1. On July 8, 2022, Plaintiffs brought this action against Defendants Jaafar LLC and Fadi Jaafar (collectively, "Defendants") for overtime and unpaid minimum wages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. [ECF No. 1].

2. On July 26, 2022, Plaintiffs served Defendants. [ECF Nos. 7, 8].

3. Defendants did not timely answer or otherwise respond to the Complaint. As a result, Plaintiffs moved for a Clerk's Entry of Default as to the Defendants on August 19, 2022, [ECF No. 10], which the Clerk entered that same day, [ECF No. 11].

4. On August 29, 2022, Plaintiffs filed the instant Motion. Plaintiffs seek an entry of default judgment, pursuant to Federal Rule of Civil Procedure 55(b), against

Defendants Jaafar LLC and Fadi Jaafar for unpaid wages and liquidated damages. [ECF No. 12 at 3].

5. As a result of Defendants' failure to respond to Plaintiffs' Complaint, or otherwise appear in this action, the Court accepts as true Plaintiffs' claims for overtime wages, unpaid minimum wages, and liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. Based thereon, it is

**ORDERED AND ADJUDGED** that Plaintiffs', Tugana Boynuince and Madison Bitting, Motion for Final Judgment, [ECF No. 12], as to Defendants Jaafar LLC and Fadi Jaafar is **GRANTED**. In accordance with Federal Rule of Civil Procedure 58, final judgment shall be entered separately.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of August, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE