UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-22077-GAYLES/TORRES

TUGANA BOYNUINCE and MADISON BITTING,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

JAAFAR LLC d/b/a LA V Nightclub, a Florida Corporation,
and FADI JAAFAR, individually,

    Defendants.
_____/

## FINAL DEFAULT JUDGMENT

**THIS CAUSE** comes before the Court upon Plaintiffs', Tugana Boynuince and Madison Bitting, Motion for Final Judgment (the "Motion") [ECF No. 12]. The Court granted the Motion in a separate order. [ECF No. 13]. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate and final default judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. A final default judgment is entered against Defendants Jaafar LLC and Fadi Jaafar in the sum of $3,443.80 for Plaintiff Tugana Boynuince and $3,443.80 for Plaintiff Madison Bitting, for unpaid minimum wages, unpaid overtime wages, and liquidated damages, for which let execution issue.

2. This judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961 until this judgment is satisfied.

3. The Court shall retain jurisdiction of this matter to determine reasonable attorney's fees and costs, to determine the applicable rate of post-judgment interest, to enter

further orders that are proper to compel Defendants' responses to Plaintiffs' discovery in aid of execution of judgment, and to order any other relief that is necessary and appropriate.

4. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of August, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE